1  McGREGOR W. SCOTT
   United States Attorney
2  PHILIP N. TANKOVICH
   Special Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000

5  Attorneys for Plaintiff

6

7                     UNITED STATES DISTRICT COURT

8                     EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,          | Case No. 1:20-po-00014-SAB
11 |            Plaintiff,               |
12 | v.                                  | MOTION AND ORDER FOR DISMISSAL
   |                                     | WITHOUT PREJUDICE
13 | SHANA Y. HER,                       |
14 |            Defendant.               |
15

16
17      The United States of America, by and through McGregor W. Scott, United States Attorney, and
18 Philip N. Tankovich, Special Assistant United States Attorney, pursuant to Rule 48(a) of the Federal
19 Rules of Criminal Procedure, moves to dismiss this case in the interest of justice without prejudice, and
20 moves to vacate the Motions Hearing on October 28th, 2020 at 11:00am and vacate the trial date of
21 November 6th, 2020 at 8:30am.

22
   DATED:  October 22, 2020                    Respectfully submitted,
23
                                               McGREGOR W. SCOTT
24                                             United States Attorney

25                                    By:      /s/ Philip N. Tankovich
                                               PHILIP N. TANKOVICH
26                                             Special Assistant U.S. Attorney

27
28

                                              1

## **O R D E R**

IT IS HEREBY ORDERED that this case is dismissed in the interest of justice without prejudice and the Motions Hearing on October 28th, 2020 at 11:00am, as well as the trial date of November 6th, 2020 at 8:30am are vacated.

IT IS SO ORDERED.

Dated: __**October 22, 2020**__

UNITED STATES MAGISTRATE JUDGE